IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HENRY AVILEZ, FRANCISCO CERVANTES, GERMAN FLORES, OCTOVIO HERNANDEZ, RAUL JIMENEZ, RICARDO JIMENEZ, and HECTOR RAMOS,** | ) ) ) ) ) ) ) | CASE NO. 8:03CV235 |
| **Plaintiffs and Counter Defendants,** | ) ) ) | ORDER |
| vs. | ) ) | |
| **E & K OF OMAHA, ELIASON AND KNUTH DRYWALL, INC., OF LINCOLN; MANAGED SUBCONTRACTORS INTERNATIONAL, INC.; EAGLE MANAGED SUBCONTRACTORS, INC.; EAGLE FINISHING SERVICES, INC.;** | ) ) ) ) ) ) ) | |
| **Defendants, Counter Claimants, and Cross-Claimants.** | ) ) ) | |

This matter is before the Court on the Motion to Withdraw Application for Attorneys' Fees filed by Defendants and Cross-Claimants Eagle Managed Subcontractors, Inc. and Eagle Finishing Services, Inc. (Filing No. 82). The outstanding issues have been settled by and between the parties. Accordingly,

IT IS ORDERED:

1. The Motion to Withdraw (Filing No. 82) is granted;

2. The Application for Attorneys' Fees and Costs (Filing No. 81) is deemed withdrawn; and

3. This case is terminated for all statistical purposes.

DATED this 3rd day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge